UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

James Cassatt, Sr., individually and as personal representative of Judith A. Cassatt, deceased,

Plaintiff,

vs.

JANSSEN PHARMACEUTICA, INC., A New Jersey corporation, JOHNSON & JOHNSON COMPANY, a New Jersey company, JOHN DOES 1-5, real names unknown.

Defendants.

Civil Action No. 01-CV-2212 DWF/AJB

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Johnson & Johnson to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until the Conditional Transfer Order to MDL-1355 becomes final and until the responsive pleading deadline is established by the MDL court as directed under the MDL Pretrial Order No. 1. This Stipulation and Order is without prejudice to further negotiations and/or further

DEC 1 0 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint.

**ROBINSON CALCAGNIE & ROBINSON**

By ________________________
Gale D. Pearson, #244673
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-0351

**RANDALL & SCHUMACHER, PA**

Stephen J. Randall, #221910
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 342-2399

**HANDLER, HENNING & ROSENBERG**

Gregory M. Feather
1300 Linglestown Road
Harrisburg, PA 17110
(717) 238-2000

**CORY, WATSON, CROWDER & DeGARIS**

Dennis R. Weaver
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200

**Attorneys for Plaintiff**

**FAEGRE & BENSON LLP**

________________________
Joseph M. Price, ## 88201
Sonja Miller-Van Oort, #278087
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000
**Attorneys for Defendants**

SO ORDERED:

________________________
The Honorable ARTHUR J. BOYLAN
United States Magistrate Judge