A CERTIFIED TRUE COPY

FEB 25 2002

ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB - 7 2002

FILED
CLERK'S OFFICE

SECT L MAG. 3

01-2212

DOCKET NO. 1355

U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA
FILED MAR 1 2002
LORETTA G. WHYTE
CLERK

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2002 MAR -4 AM 9:23
LORETTA G. WHYTE CLERK

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PROPULSID PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-35)*

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 240 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 25 2002

CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

3

A TRUE COPY
MAR - 5 2002

FILED 3-11-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Process
X Dktd
CtRmDep
Doc.No

# SCHEDULE CTO-35-TAG ALONG CASES
## DOCKET NO. 1355
## IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 01-10702 | Jones v. Janssen Pharmaceutica, et al. | 02-0592 |
| IDAHO | | | | 02-0593 |
| ID | 1 | 01-546 | Thornburgh, etc. v. Johnson & Johnson Co., et al. | |
| ID | 1 | 01-560 | Dorsey, etc. v. Johnson & Johnson Co., et al. | 02-0594 |
| MINNESOTA | | | | |
| MN | 0 | 01-2212 | Cassatt, etc. v. Janssen Pharmaceutica, Inc., et al. | 02-0595 |
| OHIO SOUTHERN | | | | |
| OHS | 1 | 01-858 | Wilson, et al. v. Johnson & Johnson, Inc., et al. | 02-0596 |
| WASHINGTON WESTERN | | | | |
| WAW | 3 | 01-5741 | Burdick v. Johnson & Johnson Co., et al. | 02-0597 |
| WAW | 3 | 01-5742 | Marshall v. Johnson & Johnson Co., et al. | 02-0598 |